1 | **ADAMSON AHDOOT LLP**
2 | **ALAN A. AHDOOT (SBN 238594)**
  | alan@aa.law
3 | **DANIEL M. STEFANIC (SBN 329078)**
4 | daniel@aa.law
  | 1150 S. Robertson Blvd.
5 | Los Angeles, California 90035
  | Tel: 310.888.0024
6 |
7 | Attorneys for Plaintiff
  | GARRETT TRAVIS LARSEN
8 |
9 | **THOMPSON COBURN LLP**
10| **LUKAS SOSNICKI (SBN 295895)**
   | lsosnicki@thompsoncoburn.com
11 | **JOSEPH SCOTT (SBN 330423)**
12 | jscott@thompsoncoburn.com
   | 10100 Santa Monica Blvd., Suite 500
13 | Los Angeles, California 90067
   | Tel: 310.282.2500 / Fax: 310.282.2501
14 |
15 | Attorneys for Defendant
   | HUNTER ENGINEERING COMPANY
16 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| GARRETT TRAVIS LARSEN, | CASE No. 2:24-cv-00756-MRA-JC |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| HUNTER ENGINEERING COMPANY, and DOES 1-40, inclusive, | |
| Defendants. | |

32352577

1

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, against defendant HUNTER ENGINEERING COMPANY pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: April 15, 2024        **THOMPSON COBURN LLP**

By: _____
**LUKAS SOSNICKI**
**JOSEPH SCOTT**
Attorneys for Defendant
HUNTER ENGINEERING COMPANY

DATED: April 15, 2024        **ADAMSON AHDOOT LLP**

By: _____
**DANIEL M. STEFANIC**
Attorneys for Plaintiff
GARRETT TRAVIS LARSEN